**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| BRUCE J. CHASAN, ESQ., | : | No. 55 EAL 2021 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| WILLIAM H. PLATT, ESQ., RETIRED | : | |
| SUPERIOR COURT JUDGE, SUSAN | : | |
| PEIKES GANTMAN, SUPERIOR COURT | : | |
| JUDGE, MARIA MCLAUGHLIN, | : | |
| SUPERIOR COURT JUDGE, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.